# United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk        September 10, 2021        TELEPHONE: (336) 332-6030

Forsyth County Clerk of Superior Court
200 North Main Street
Winston-Salem, NC 27101

Dear Clerk of Court:

        Re:  Kent v. Wake Forest University
          Forsyth County Superior Court, 21CVS3951;  U. S. District Court 21CV694

This court entered an Order remanding this case to your court on September 9, 2021. Enclosed are certified copies of the docket sheet and Order remanding the above-referenced case. Please acknowledge receipt of this letter on the enclosed copy. Should you need anything further regarding this matter, please contact this Clerk's office at the phone number listed above.

        Sincerely,

        JOHN S. BRUBAKER, Clerk

        By: /s/ Joy Daniel
            Deputy Clerk

JBS: jkd
Enclosures